UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:26-cv-05876-RGK<br>2:26-cv-05883-RGK | Date | July 23, 2026 |
| Title | ***In Re: Philip M. Lawrence, II*** | | |

Present: The Honorable R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE

| Joseph Remigio | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Not Present | Not Present |

**Proceedings: (IN CHAMBERS) Order Re: Consolidation**

In consideration of Appellants' Response to the Order to Show Cause, the Court **ORDERS** consolidation of Case Nos. 2:26-cv-05876-RGK and 2:26-cv-05883-RGK. Both cases pertain to appeals related to the Bankruptcy Court's Order denying Appellants' summary-judgment motion as moot, and as such consolidation is appropriate. Case No. 2:26-cv-05876-RGK is now the lead case.

The Clerk shall close Case No. 2:26-cv-05883-RGK.

Counsel are directed to file all further documents under Case No. 2:26-cv-05876-RGK only.

**IT IS SO ORDERED.**

**cc: US BK Advesary No., 1:23-ap-01053-VK**
**USBC Central District of CA at San Fernando Valley, 1:23-bk-11082-VK**
**US BAP of the Ninth Cicuit, CC-26-01097**

:

Initials of Preparer JRE/sh